AUGUST 10, 1953

**No. 57464.**—SUIT 4741.—Schenley Distilleries, Inc. *v.* United States.

C. D. 1406 affirmed March 11, 1953. C. A. D. 519.

AUGUST 11, 1953

**No. 57465.**—SUIT 4724.—Henry Clay and Bock & Co., Ltd. *v.* United States.—

—C. D. 1377 reversed January 14, 1953. (No C. A. D. number assigned.) Rehearing granted March 6, 1953. C. D. 1377 reversed June 3, 1953. C. A. D. 527. (Note: Pursuant to the granting of the petition for rehearing, the case was reconsidered and a new opinion written. The original opinion of January 14, 1953, was withdrawn and a new opinion substituted therefor.)

AUGUST 14, 1953

**No. 57466.**—SUIT 4726.—United States *v.* Harry Grunberg.—
—C. D. 1376 reversed April 15, 1953. C. A. D. 520.